1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 BERNARD TAYLOR,                           No. 2:13-cv-0623 TLN CKD P

12                 Plaintiff,

13         v.                                ORDER

14 M. DUNBAR,

15                 Defendants.

16

17     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18 under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20     On June 3, 2013, the magistrate judge filed findings and recommendations herein which

21 were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22 and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to

23 the findings and recommendations.

24 /////
25 /////
26 /////
27 /////
28 /////

1

1     The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4     1. The findings and recommendations filed June 3, 2013, are adopted in full; and
5     2. Defendant Fowell is dismissed from this action.
6 Dated: July 26, 2013

                                                            Troy L. Nunley
                                                            United States District Judge

tayl0623.800