1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BERNARD TAYLOR,                          No.  2:13-cv-0623 TLN CKD P

12                 Plaintiff,

13          v.                                ORDER AND

14   M. DUNBAR, et al.,                       FINDINGS AND RECOMMENDATIONS

15                 Defendants.

16

17          Plaintiff is a California prisoner proceeding with an action for violation of civil rights

18   under 42 U.S.C. § 1983.  On February 18, 2014, plaintiff filed a motion asking that Sacramento

19   County be added as a defendant in this action.

20          A review of plaintiff's complaint reveals that plaintiff identified Sacramento County as a

21   defendant.  However, when the court screened plaintiff's complaint on June 3, 2013, the court did

22   not recognize Sacramento County as a defendant.

23          In any case, plaintiff's complaint fails to state a claim upon which relief could be granted

24   against Sacramento County because nothing in the complaint suggests that plaintiff suffered any

25   injury caused by official Sacramento County policy.  See Monell v. New York City Dept. of

26   Social Servs., 436 U.S. 658, 691 (2011).  Therefore, the court will recommend that Sacramento

27   County be dismissed.  Plaintiff may attempt to amend his complaint to add Sacramento County,

28   but if he does so he must file a motion to amend and a copy of his proposed amended complaint.

                                                   1

1  The court will not order service of process on Sacramento County if the amended complaint fails

2  to state a claim upon which relief could be granted against Sacramento County.

3         Accordingly, IT IS HEREBY ORDERED that plaintiff's February 18, 2014 "motion to

4  amend" (ECF No. 22) is denied; and

5         IT IS HERBY RECOMMENDED that Sacramento County be dismissed.

6         These findings and recommendations are submitted to the United States District Judge

7  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

8  after being served with these findings and recommendations, any party may file written

9  objections with the court and serve a copy on all parties.  Such a document should be captioned

10 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

11 objections shall be served and filed within fourteen days after service of the objections.  The

12 parties are advised that failure to file objections within the specified time may waive the right to

13 appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14 Dated:  February 25, 2014

15                                          _____
                                           CAROLYN K. DELANEY
16                                         UNITED STATES MAGISTRATE JUDGE

17

18

19

20 1
21 tayl0623.lta

22

23

24

25

26

27

28

                                          2