UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD TAYLOR, | No. 2:13-cv-0623 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. DUNBAR, et al., | |
| Defendants. | |

On March 10, 2014, plaintiff filed a document titled "amended complaint." Review of that document reveals that is it simply a copy of plaintiff's original complaint with the new title "amended complaint." Good cause appearing, the "amended complaint" will be disregarded.

Dated: March 13, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tayl0623.drg